IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BAHODIR BOZORBOYEV, A# 249-119-362                          PETITIONER

v.                                              CIVIL NO. 5:26-cv-178-DCB-RPM

WARDEN RAFAEL VERGARA                                       RESPONDENT

ORDER

This matter is before the Court on pro se Petitioner Bahodir Bozorboyev's

(Petitioner's), Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is

an immigration detainee currently housed at the Adams County Correctional Center in

Natchez, Mississippi.

In his Attachment [6], Petitioner names Rafael Vergara, the Warden of the Adams

County Correctional Center, as a Respondent.  When a habeas petitioner challenges his

present physical custody, "the proper respondent is the warden of the facility where the

[petitioner] is being held, not the Attorney General or some other remote supervisory

official." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004).  After initial review of Petitioner's

filings, the Court finds that the proper Respondent is Rafael Vergara, Warden of Adams

County Correctional Center and Respondent shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the

docket to reflect that the sole Respondent is Rafael Vergara, Warden of Adams County

Correctional Center.

**IT IS FURTHER ORDERED** that Respondent shall file an answer or other

responsive pleading in this cause within twenty (20) days of the service of a copy of this

---

[1] Petitioner paid the filing fee.

order.  Respondent shall file with his or her answer or other responsive pleading any agency records or court records relevant to the disposition of this cause.   If Petitioner desires to file a rebuttal, he may do so within fourteen days after Respondent files an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of Petitioner's Petition [1], Memorandum in Support [5], and Attachment [6] filed herein, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 5th day of May, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2